| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Maranda Grasley** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 22-02354 | ☐ Check if this is an amended filing |

# Official Form 106C
## Schedule C: The Property You Claim as Exempt        4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **General and miscellaneous household goods, furnishings and accessories valued at no more than approximately $2,000, including but not limited to couch, dresser, bed, eating utelnsils, cooking utensils, baby toys, high chair, microwave, refrigerator.**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Jack Russell terrior dog.  2 years old. No known value.  Probably negative value**<br>Line from *Schedule A/B*: **6.2** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Phone**<br>Line from *Schedule A/B*: **7.1** | $50.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **General and miscellaneous clothes and accessories valued at no more than $500**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Maranda Grasley** | | Case number (if known) | **22-02354** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Miscellaneous costume jewelry valued at no more than approximately $200**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Cash on hand at time of filing bankruptcy. No more than approximately $50**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **First Keystone Community Bank**<br>Line from *Schedule A/B*: **17.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Maranda** | | **Grasley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 22-02354 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X *Maranda grasley*
Maranda grasley (Jan 26, 2023 14:22 EST)
**Maranda Grasley**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date _____

Date _____

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

Case 5:22-bk-02354-MJC    Doc 33    Filed 02/01/23    Entered 02/01/23 01:14:15    Desc
Main Document    Page 3 of 4

# Grasley Amended C

Final Audit Report    2023-01-26

| | |
|---|---|
| Created: | 2023-01-26 |
| By: | Vicki Piontek (vicki.piontek@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATIJtZLIi1bdNftj5bH9w8M3S6XCeuwS1 |

## "Grasley Amended C" History

- Document created by Vicki Piontek (vicki.piontek@gmail.com)
  2023-01-26 - 7:14:12 PM GMT- IP address: 216.49.8.231

- Document emailed to nicholemg6@icloud.com for signature
  2023-01-26 - 7:14:33 PM GMT

- Email viewed by nicholemg6@icloud.com
  2023-01-26 - 7:21:48 PM GMT- IP address: 104.28.39.154

- Signer nicholemg6@icloud.com entered name at signing as Maranda grasley
  2023-01-26 - 7:22:09 PM GMT- IP address: 24.233.203.160

- Document e-signed by Maranda grasley (nicholemg6@icloud.com)
  Signature Date: 2023-01-26 - 7:22:11 PM GMT - Time Source: server- IP address: 24.233.203.160

- Agreement completed.
  2023-01-26 - 7:22:11 PM GMT

