UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARANDA NICHOLE GRASLEY : CHAPTER 13
       Debtor :
        :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
vs. :
        :
MARANDA NICHOLE GRASLEY :
       Respondent : CASE NO. 5-22-bk-02354

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 30th day of May, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

    a. Average federal income tax refund not considered.
    b. Line 7 – food and housekeeping expense is excessive.
    c. Provide verification of medical expenses.
    d. Provide verification of transportation expense.

3. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

    a. Disclosure of compensation is inconsistent with compensation in plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.

   c. Provide such other relief as is equitable and just.

              Respectfully submitted:

              Jack N. Zaharopoulos
              Standing Chapter 13 Trustee
              8125 Adams Drive, Suite A
              Hummelstown, PA 17036
              (717) 566-6097

     BY:   /s/Douglas R. Roeder
              Attorney for Trustee

## CERTIFICATE OF SERVICE

  AND NOW, this 30th day of May, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vicki Piontek, Esquire
58 East Front Street
Danville, PA   1782

              /s/Deborah A. DePalma
              Office of Jack N. Zaharopoulos
              Standing Chapter 13 Trustee4