# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Maranda Nichole Grasley      BK NO. 22-02354 MJC
    Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDLAND CREDIT MANAGEMENT INC. and index same on the master mailing list.

    Respectfully submitted,

**/s/ Michael P. Farrington**
Michael P. Farrington, Esquire
Attorney I.D. No. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfarrington@kmllawgroup.com