UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Maranda Nichole Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | Case No. 5:22-bk-02354-MJC |
| Maranda Nichole Grasley, | : | |
| Objector | : | Re. Claim No. 6 |
| v. | : | |
| | : | |
| U.S. Bank National Association dba Elan Financial Services | : | |
| | : | |
| Respondent/Claimant | : | |

## ORDER

Upon consideration of Debtor's OBJECTION TO PROOF OF CLAIM NO. 6, Dkt. # 63 ("Objection"), and no responses having been filed thereto, it is hereby

**ORDERED** that the Objection is **SUSTAINED**. The claim is hereby disallowed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 6, 2023