United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-02354-MJC

Maranda Nichole Grasley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5546321 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 06 2023 18:32:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2023  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bnicholas@kmllawgroup.com |
| Francis J. Lawall | on behalf of Interested Party American Infosource LP francis.lawall@troutman.com, matourj@pepperlaw.com,schannej@pepperlaw.com;cocciae@pepperlaw.com |
| Francis J. Lawall | on behalf of Interested Party Capital One NA francis.lawall@troutman.com, matourj@pepperlaw.com,schannej@pepperlaw.com;cocciae@pepperlaw.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. mfarrington@kmllawgroup.com |

United States Trustee
　　　　　　　　　　　　　　ustpregion03.ha.ecf@usdoj.gov

Vicki Ann Piontek
　　　　　　　　　　　　　　on behalf of Debtor 1 Maranda Nichole Grasley vicki.piontek@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Maranda Nichole Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | Case No. 5:22-bk-02354-MJC |
| Maranda Nichole Grasley, | : | |
| Objector | : | Re. Claim No. 6 |
| v. | : | |
| | : | |
| U.S. Bank National Association | : | |
| dba Elan Financial Services | : | |
| Respondent/Claimant | : | |

## ORDER

Upon consideration of Debtor's OBJECTION TO PROOF OF CLAIM NO. 6, Dkt. # 63 ("Objection"), and no responses having been filed thereto, it is hereby

**ORDERED** that the Objection is **SUSTAINED**. The claim is hereby disallowed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 6, 2023