UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In RE: Maranda Grasley | | : | Chapter 13 |
| | Debtor | : | |
| | | : | 22-02354 |
| Maranda Grasley, | | : | |
| | Objector | : | Re. Claims 3,4&5 |
| v. | | : | |
| Midland Credit Management, Inc. | | : | |
| | Respondent / Claimant | : | |

## REQUEST FOR STATUS CONFERENCE

Debtor and her counsel request a status conference in the above captioned matter. Opposing Counsel has concurred. Thank you.

/s/ Vicki Piontek        9-10-2023

Vicki Piontek, Esquire        Date
Attorney for Debtor
58 East Front Street
Danville, PA 17821
215-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com