UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In RE: Maranda Grasley | | : | Chapter 13 |
| | Debtor | : | |
| | | : | 22-02354 |
| Maranda Grasley, | | : | |
| | Objector | : | Re Claim No 1 |
| v. | | : | |
| American Infosource as | | : | |
| Agent for Capital One, NA, | | : | |
| | Respondent / Claimant | : | |

## PRAECIPE TO WITHDRAW AMENDED OBJECTION TO PROOF OF CLAIM

Kindly withdraw Debtor's objection to Claim No. 1. Thank you.

/s/ Vicki Piontek         10/2/2023
_____   _____
Vicki Piontek, Esquire        Date
Attorney for Debtor
58 East Front Street, Danville, PA. 17821
215-290-6444 Fax: 866-408-6735
vicki.piontek@gmail.com