# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :    **Case No.: 22-02354**
**Maranda Nichole Grasley,**                        :    **Chapter 13**
                                                    :    **Judge Mark J. Conway**
    Debtor.                      :    **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**Maranda Nichole Grasley, Jack N**                 :
**Zaharopoulos,**                                   :    **Related to Document No. 90**
        Movant, :
                                                    :
    v.                           :
                                                    :
**Wells Fargo Bank, N.A. DBA Wells**                :
**Fargo Auto,**                                     :
      Respondent.      :

## <u>RESPONSE TO OBJECTION TO PROOF OF CLAIM (DOCKET # 90)</u>

Now comes Wells Fargo Bank, N.A. DBA Wells Fargo Auto ("Creditor"), by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Objection to Proof of Claim filed by Maranda Nichole Grasley ("Debtor"), on September 4, 2023, at Docket # 90.

1-6.    Denied.  Paragraph one (1) through paragraph six (6) of Debtor's Objection to Proof of Claim refer to documents that speak for themselves, therefore, no response is required and any characterization thereof is denied.

7-9.    Denied.  Paragraph seven (7) through paragraph nine (9) of Debtor's Objection to Proof of Claim contains legal conclusions to which no response is required.  By way of further response and without waiver of the forgoing, the basis of Debtor's claims is a statute that is no longer in effect.  69 P.S. §§ 604, 605, 635 and all of Chapter 7 of Title 69, the Pennsylvania Motor Vehicle Sales Finance Act, was repealed effective December 1, 2014.

23-024273_ALO

10.    Denied.  Paragraph ten (10) of Debtor's Objection to Proof of Claim refers to a document that speaks for itself, therefore, no response is required and any characterization thereof is denied.

11.    Denied.  Paragraph eleven (11) of Debtor's Objection to Proof of Claim contains legal conclusions to which no response is required.   By way of further response and without waiver of the forgoing, the basis of Debtor's claims is a statute that is no longer in effect.  69 P.S. §§ 604, 605, 635 and all of Chapter 7 of Title 69, the Pennsylvania Motor Vehicle Sales Finance Act, was repealed effective December 1, 2014.

12.    Denied.  Paragraph twelve (12) of Debtor's Objection to Proof of Claim refers to a document that speaks for itself, therefore, no response is required and any characterization thereof is denied.

13-19.    Denied.  Paragraph thirteen (13) through paragraph nineteen (19) of Debtor's Objection to Proof of Claim contain legal conclusions to which no response is required.   By way of further response and without waiver of the forgoing, the basis of Debtor's claims is a statute that is no longer in effect.  69 P.S. §§ 604, 605, 635 and all of Chapter 7 of Title 69, the

23-024273_ALO

Pennsylvania Motor Vehicle Sales Finance Act, was repealed effective December 1, 2014.

WHEREFORE, Creditor respectfully requests that a hearing be set on the matter and that the Debtor's objection be overruled.

Respectfully submitted,

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is
ALOflazian@manleydeas.com

23-024273_ALO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                  :

                        :   **Case No.: 22-02354**

**Maranda Nichole Grasley,**      :   **Chapter 13**

                        :   **Judge Mark J. Conway**

       **Debtor.**           :   **\* \* \* \* \* \* \* \* \* \* \* \* \* \***

**Maranda Nichole Grasley, Jack N**    :

**Zaharopoulos,**               :   **Related to Document No. 90**

         **Movant,**        :

     **v.**                     :

                        :

**Wells Fargo Bank, N.A. DBA Wells**    :

**Fargo Auto,**               :

       **Respondent.**      :

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Objection to Proof

Claim was filed electronically.  Notice of this filing will be sent to the following parties through

the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

   Vicki Ann Piontek, Attorney for Maranda Nichole Grasley, vicki.piontek@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

   Maranda Nichole Grasley, 1606 Fairview Ave, Berwick, PA  18603

                                /s/Alyk L. Oflazian

                           _____

23-024273_ALO