UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Proofs of Claims 3, 4, 5 |
| v. | : | |
| Midland Credit Management, Inc., | : | |
| Respondent | : | |

### Notice of Rule 2004 Examination of
### Midland Credit Management, Inc.'s Corporate Representative

Please take notice that on Tuesday, November 14th, 2023 at 11:00 am Eastern Standard Time, Debtor Maranda Grasley, will take an oral statement of the corporate representative of Midland Credit Management, Inc., pursuant to Federal Rule of Bankruptcy Procedure 2004. The oral examination will continue from day to day until completed.

The Rule 2004 Examination will be conducted through Zoom to preserve social distancing parameters and for the convenience of all parties. The Zoom meeting ID and applicable passcode, if any, will be emailed to Plaintiff's attorney of record prior to the deposition.

The Rule 2004 Examination will be video recorded and audio recorded through Zoom. A copy of the recording or a link to the recording will be provided to the attorney for Defendants at no charge.

If Claimant desires a court reporter or notary to be present during the Rule 2004 Examination then the cost of such appearance shall be born at Claimant's expense.

_Vicki Piontek_      10/24/2023
Vicki Piontek, Esquire      Date
Attorney for Debtor
58 East Front Street
Danville, PA 17821
215-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Proofs of Claims 3, 4, 5 |
| v. | : | |
| Midland Credit Management, Inc., | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

I, Vicki Piontek, affirm that a true and correct copy of the attached notice to Claimant's Counsel by First Class U.S. Mail postage pre-paid to the following parties at the following mailing address and email address.

Midland Credit Management, Inc.
Attention: Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Also By Email: bnicholas@kmllawgroup.com

_____     10/24/2023
Vicki Piontek, Esquire, Attorney for Debtor     Date of Service
58 East Front Street, Danville, PA 17821
215-290-6444     Fax: 866-408-6735
vicki.piontek@gmail.com