UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 | |
| Debtor | : | | |
| | : | 22-02354 | |
| Maranda Grasley, | : | | |
| Objector | : | Re. Claims 3,4&5 | |
| v. | : | | |
| Midland Credit Management, Inc. | : | | |
| Respondent / Claimant | : | | |

## REQUEST FOR STATUS CONFERENCE

Debtor and her counsel request a status conference as soon as possible in the above captioned matter. Opposing Counsel has not yet concurred. Thank you.

/s/ Vicki Piontek        10-24-2023

Vicki Piontek, Esquire        Date
Attorney for Debtor
58 East Front Street
Danville, PA 17821
215-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 | |
| Debtor | : | | |
| | : | 22-02354 | |
| Maranda Grasley, | : | | |
| Objector | : | Re. Claim No. 5 | |
| v. | : | | |
| Midland Credit Management, Inc. | : | | |
| Respondent / Claimant | : | | |

## Certificate of Service

I served a true and correct copy of the attached requests for admissions to the following parties at the following address by First Class U.S. Mail postage pre-paid.

Midland Credit Management, Inc.
Attention: Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Also By Email: bnicholas@kmllawgroup.com

/s/ Vicki Piontek                         10-24-2023
_____      _____
Vicki Piontek, Esquire                   Date of service
Attorney for Debtor
58 East Front Street
Danville, PA  178821
vicki.piontek@gmail.com
215-290-6444
Fax: 866-408-6735