**VICKI PIONTEK**
**ATTORNEY AT LAW**
**58 EAST FRONT STREET**
**DANVILLE, PA 17821**
**Telephone: (215) 290-6444**
**vicki.piontek@gmail.com**

September 6, 2023

Midland Credit Management, Inc.
Attention: Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106        Also By Email: bnicholas@kmllawgroup.com

Re:     **RE:   Maranda Grasley**        **SSN: xxx-xx-6268**       **DOB: XXXXX**
       **Chapter 13 Bankruptcy Case No. 22-02354, U.S. Bankruptcy Court, Middle District of PA**
       **Proof of Claim # 5    Alleged Original Creditor:   Synchrony Bank  / Old Navy**
       **Last 4 Digits of Account No. 9613       Alleged Balance $1,452.35**

**DISPUTE AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Dear Attorney Nicholas,

      Once again, please be advised that I represent Maranda Grasley, Debtor in the above captioned Chapter 13 Bankruptcy. Recently your client Midland Credit Management, Inc. filed an amended Proof of Claim (POC) in Ms. Grasley's Chapter 13 Bankruptcy case.

      Ms. Grasley is not disputing that she had Synchrony Bank account. But she is disputing the amount of the alleged balance. She is also disputing whether Midland Credit Management, Inc. has standing to file the POC.

      Please provide the following documents:

1) All evidence showing the date that the purported governing contract was sent to the Debtor and by what means, to what address.

2) All documents related to the chain of assignment.

3) All documents referenced or mentioned in the "BILL OF SALE."

      **PLEASE ALLOW THIS LETTER TO SERVE AS NOTICE THAT MS. GRASLEY DISPUTES THE ABOVE REFERENCED ACCOUNT FOR THE ABOVE STATED REASONS PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 USC 1681 ET. SEQ.**

Sincerely,

*Vicki Piontek*

Vicki Piontek, Esquire

Case 5:22-bk-02354-MJC    Doc 120-6    Filed 11/19/23    Entered 11/20/23 00:06:57
Desc Exhibit Requests for production of document 9-6-23    Page 1 of 1
