UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Claim No. 5 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

**ORDER**

AND NOW, this _____ day of _____ 20_____, upon consideration of Debtor's AMENDED OBJECTION TO AMENDED PROOF OF CLAIM NUMBER 5, the claim shall be deemed invalid.  The claim shall be disallowed / reduced.

_____
The Court