UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Claim No. 3 |
| v. | : | |
| Midland Credit Management, Inc., | : | |
| Respondent | : | |

## CERTIFICATE OF NON-CONCURRENCE

On or about November 20th I emailed Attorney Brian Nicholas about the previously filed praecipe to withdraw objection to proof of claim number 3 without prejudice. Attorney Brian indicated that he did NOT concur.

/s/ Vicki Piontek          11/20/2023
_____     _____
Vicki Piontek, Esquire          Date
Attorney for Debtor
58 East Front Street, Danville, PA 17821
vicki.piontek@gmail.com
215-290-6444          Fax: 866-408-6735

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Claim No. 4 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

## Certificate of Service

I served a true and correct copy of the attached interrogatories to the following parties at the following address by Certified U.S. Mail and by First Class U.S Mail postage pre-paid.

Midland Credit Management, Inc.
Attention: Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106     Also By Email: bnicholas@kmllawgroup.com

/s/ Vicki Piontek          11/20/2023
_____        _____
Vicki Piontek, Esquire     Date of Service
Attorney for Debtor
58 East Front Street
Danville, PA  178821
vicki.piontek@gmail.com
215-290-6444
Fax: 866-408-6735