**VICKI PIONTEK**
**ATTORNEY AT LAW**
**58 EAST FRONT STREET**
**DANVILLE, PA 17821**
**Telephone: (215) 290-6444**
**vicki.piontek@gmail.com**

June 27, 2023

Midland Credit Management, Inc.
Attention: Angela Walmsley, Bankruptcy Specialist
P.O. Box 2037
Warren, MI. 48090                   Also By Email: bankruptcydm@mcmcg.com

**Re:     Request for Documents Pursuant to Federal Rule of Bankruptcy Procedure 3001(c)(3)(B)**
**Maranda Grasley, Chapter 13 Bankruptcy Case No. 22-02354**
**U.S. Bankruptcy Court, Middle District of Pennsylvania          Proof of Claim # 5**
**Alleged Original Creditor:  Synchrony Bank  / Old Navy**
**Last 4 Digits of Account No.9613          Alleged Balance $1,452.35**

Dear Angela Walmsley

      Please be advised that I represent Maranda Grasley, Debtor in the above captioned Chapter 13 Bankruptcy.  Recently you filed a Proof of Claim (POC) in the Bankruptcy.   Pursuant to Federal Rule of Bankruptcy Procedure 3001(c)(3)(B, please provide the following.

1) A copy of the governing contract for the alleged debt.

2) All evidence showing when the purported governing contract was sent to the Debtor and by what means.

3) All evidence showing when the purported governing contract was received or acknowledge by the Debtor and by what means.

4) Any application for credit related to the account.

5) All Statements related to the account.

6) The complete history of the assignment of the account which empowers your company to collect this alleged debt.

      Sincerely,

*Vicki Piontek*

Vicki Piontek, Esquire