**VICKI PIONTEK
ATTORNEY AT LAW
58 EAST FRONT STREET
DANVILLE, PA 17821**
Telephone: (215) 290-6444
vicki.piontek@gmail.com

September 6, 2023

Midland Credit Management, Inc.
Attention: Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106      Also By Email: bnicholas@kmllawgroup.com

Re:   RE:   Maranda Grasley          SSN: xxx-xx-6268       DOB: XXXXX
      Chapter 13 Bankruptcy Case No. 22-02354, U.S. Bankruptcy Court, Middle District of PA
      Proof of Claim # 5    Alleged Original Creditor: Synchrony Bank / Old Navy
      Last 4 Digits of Account No. 9613      Alleged Balance $1,452.35

**DISPUTE AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Dear Attorney Nicholas,

Once again, please be advised that I represent Maranda Grasley, Debtor in the above captioned Chapter 13 Bankruptcy. Recently your client Midland Credit Management, Inc. filed an amended Proof of Claim (POC) in Ms. Grasley's Chapter 13 Bankruptcy case.

Ms. Grasley is not disputing that she had Synchrony Bank account. But she is disputing the amount of the alleged balance. She is also disputing whether Midland Credit Management, Inc. has standing to file the POC.

Please provide the following documents:

1) All evidence showing the date that the purported governing contract was sent to the Debtor and by what means, to what address.

2) All documents related to the chain of assignment.

3) All documents referenced or mentioned in the "BILL OF SALE."

**PLEASE ALLOW THIS LETTER TO SERVE AS NOTICE THAT MS. GRASLEY DISPUTES THE ABOVE REFERENCED ACCOUNT FOR THE ABOVE STATED REASONS PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 USC 1681 ET. SEQ.**

                                    Sincerely,

                                    *Vicki Piontek*
                                    Vicki Piontek, Esquire