UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 | |
| Debtor | : | | |
| | : | 22-02354 | |
| Maranda Grasley, | : | | |
| Objector | : | Re. Proof of Claims No. 5 5 | |
| v. | : | | |
| Midland Credit Management, Inc. | : | | |
| Respondent / Claimant | : | | |

## Certificate of Service

I served a true and correct copy of the attached motion to Counsel for Claimant, Brian C. Nicholas, Esquire, at the following email address.

bnicholas@kmllawgroup.com


/s/ Vicki Piontek            11-20-2023
_____  _____
Vicki Piontek, Esquire       Date
Attorney for Plaintiff
58 East Front Street
Danville, PA  178821
vicki.piontek@gmail.com
215-290-6444
Fax: 866-408-6735