UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Proof of Claim No. 3 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

## MOTION TO EXTEND DISCOVERY DEADLINE

1. A discovery deadline is approaching, 60 days from September, 21, 2023.

2. A hearing on the merits of the case has been set for January 4, 2024.

3. Debtor believes that Claimant has failed to cooperate with discovery and has hindered the discovery process.

4. Debtor requests an Order from this Honorable Court extending the discovery deadline for an additional 60 days.

5. Debtor requests such other relief as this Honorable Court deems appropriate.

Wherefore, Debtor requests an Order from this Honorable Court extending the discovery deadline for an additional 60 days. Debtor requests such other relief as this Honorable Court deems appropriate.

/s/ Vicki Piontek  11-20-2023
_____  _____
Vicki Piontek, Esquire  Date
Attorney for Plaintiff
58 East Front Street
Danville, PA 17821
vicki.piontek@gmail.com
215-290-6444   Fax: 866-408-6735