UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Proof of Claim No. 3 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

**ORDER**

AND NOW, this _____ day of _____, 20_____, upon

consideration of Debtor's MOTION TO EXTEND DISCOVERY DEADLINE, the

same shall be GRANTED.


The discovery deadline in this case shall be extended for a period of 60 days

from the date of this Order.