UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Proof of Claim No. 3 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

## ORDER

AND NOW, this _____ day of _____, 20_____, upon consideration of DEBTOR'S MOTION TO COMPEL CLAIMANT TO COOPERATE WITH DISCOVERY FOR CLAIM NUMBER 3, the same shall be GRANTED.

Claim shall provide full and complete responses to Debtor's requests for production of documents.

Claimant shall produce all documents referenced in the "Bill of Sale."

Claimant shall produce all documents referenced in the "Portfolio Level Affidavit of Sale By Original Creditor."

Claim shall provide full and complete responses to Debtor's Interrogatories.

Claim shall provide full and complete responses to Debtor's Requests for Admissions.

Debtor and her Counsel shall be entitled to conduct the Rule 2004 Examination of Claimant's representative by Zoom, and shall be entitled to make a video and audio recording of such Zoom session. If Claimant desires a court reporter, then Claimant shall bear such costs.