IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re, <br><br> MARANDA GRASLEY, <br><br> Debtor, <br><br> MARANDA GRASLEY, <br><br> Movant, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC, <br><br> Respondent | Chapter 13 Case No. 23-02354 <br><br> RE Claim No. 4 |
|---|---|

## NOTICE

Notice is hereby given that: Maranda Grasley (Movant) filed a Motion to Compel Claimant to Cooperate with Discovery on November 20, 2023.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court <br> Max Rosen U.S. Courthouse <br> 197 South Main Street <br> Room 247 <br> Wilkes-Barre, PA 18701 | Date: **Tuesday, December 19, 2023** <br><br> Time: **10:00 AM** |
|---|---|

Any Objection/response to the above referenced matter must be filed and served on or before ***Monday, December 4, 2023.***

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

                Respectfully submitted,

*/s/ Vicki Piontek*        *11-20-2023*

*Vicki Piontek, Esquire    Date*
*Attorney for Plaintiff*
*58 East Front Street*
*Danville, PA  17821*
*vicki.piontek@gmail.com*
*215-290-6444    Fax: 866-408-6735*