# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Maranda Nichole Grasley, | : | Case No. 5:23-02354–MJC |
| | : | |
| Debtor. | : | |

## ORDER SCHEDULING STATUS CONFERENCE

**AND NOW**, debtor Maranda Grasley ("Debtor") having filed Amended Objections to Proofs of Claim No. 3 and 4 of Midland Credit Management, Inc. ("Amended Objections"), *see* Dkt. #s 94 & 97;

**AND**, Debtor having filed withdrawals of those Amended Objections, *see* Dkt. #s 117 & 122

**AND**, creditor Midland Credit Management, Inc. indicating that it did not concur in Debtor's withdrawal of her Amended Objections or having not responded to Debtor's request for concurrence, *see* Dkt. #s 121 & 123;

**IT IS HEREBY ORDERED** that a status conference in the above-captioned case is scheduled for **Wednesday, November 29, 2023 at 2:00 p.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, Pennsylvania, 18701; it is further

**ORDERED** that all parties may appear for the status conference using the Remote Appearance procedures on the Court's web site at: http://www.pamb.uscourts.gov/remote-appearance-guide.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 21, 2023