IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARANDA GRASLEY,<br><br>    Debtor,<br><br>MARANDA GRASLEY,<br><br>                             Movant,<br><br>        v.<br><br>MIDLAND CREDIT MANAGEMENT, INC,<br><br>                             Respondent | Bankruptcy No: 22-02354<br><br>Chapter 13<br>RE. Claim No. 5 |

## NOTICE

Notice is hereby given that: Maranda Grasley (Movant) filed an AMENDED MOTION IN LIMINE TO EXCLUDE CLAIMANT'S DOCUMENTS on November 23, 2023.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosen U.S. Courthouse<br>197 South Main Street<br>Room 247<br>Wilkes-Barre, PA 18701 | Date: **Tuesday, December 19, 2023**<br><br>Time: **10:00 AM** |

Any Objection/response to the above referenced matter must be filed and served on or before _**Monday, December 7, 2023.**_

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

                                          Respectfully submitted,

*/s/ Vicki Piontek*           *11-20-2023*

*Vicki Piontek, Esquire*    *Date*
*Attorney for Plaintiff*
*58 East Front Street*
*Danville, PA  17821*
*vicki.piontek@gmail.com*
*215-290-6444*    *Fax: 866-408-6735*