UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Proof of Claim 5 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

# ORDER

AND NOW, this _____ day of _____, 20_____, upon consideration of Debtor's AMENDED MOTION IN LIMINE TO EXCLUDE CLAIMANT'S DOCUMENTS, the same shall be GRANTED.

Claimant's "AFFIDAVIT OF SALE," "BILL OF SALE" AND "AFFIDAVIT IN SUPPORT OF RESPONSE TO OBJECTION TO PROOF OF CLAIM NUMBER 5" shall not be allowed as substantive evidence in any hearing on the merits of this case.

The purported contract attached to the Amended Proof of Claim shall not be allowed as substantive evidence in any hearing o the merits of this case.

The purported contract attached to Claimant's affidavit filed October 20, 2023, shall not be allowed as substantive evidence in any hearing on the merits of this case.