UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Proof of Claims No. 5 5 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

## Certificate of Service

I served a true and correct copy of the attached motion, exhibits, notice and proposed order to Counsel for Claimant, Brian C. Nicholas, Esquire, at the following email address.

bnicholas@kmllawgroup.com

/s/ Vicki Piontek          11-23-2023
_____      _____
Vicki Piontek, Esquire     Date
Attorney for Plaintiff
58 East Front Street
Danville, PA  178821
vicki.piontek@gmail.com
215-290-6444
Fax: 866-408-6735