VICKI PIONTEK
ATTORNEY AT LAW
58 EAST FRONT STREET
DANVILLE, PA 17821
Telephone: (215) 290-6444
vicki.piontek@gmail.com

September 6, 2023

Midland Credit Management, Inc.
Attention: Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Also By Email: bnicholas@kmllawgroup.com

Re: RE: Maranda Grasley  SSN: ***-**86268  DOB: *******************
Chapter 13 Bankruptcy Case No. 22-02354, U.S. Bankruptcy Court, Middle District of PA
Proof of Claim # 3  Alleged Original Creditor: Comenity Bank
Last 4 Digits of Account No. 3507  Alleged Balance $1,023.65

## DISPUTE AND REQUEST FOR PRODUCTION OF DOCUMENTS

Dear Attorney Nicholas,

Once again, please be advised that I represent Maranda Grasley, Debtor in the above captioned Chapter 13 Bankruptcy. Recently your client Midland Credit Management, Inc. filed an amended Proof of Claim (POC) in Ms. Grasley's Chapter 13 Bankruptcy case.

Ms. Grasley is not disputing that she had Comenity Bank account. But she is disputing the amount of the alleged balance. She is also disputing whether Midland Credit Management, Inc. has standing to file the POC.

Please provide the following documents:

1) All evidence showing the date that the purported governing contract was sent to the Debtor and by what means, to what address.

2) All documents related to the chain of assignment.

3) All documents referenced or mentioned in the "BILL OF SALE."

**PLEASE ALLOW THIS LETTER TO SERVE AS NOTICE THAT MS. GRASLEY DISPUTES THE ABOVE REFERENCED ACCOUNT FOR THE ABOVE STATED REASONS PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 USC 1681 ET. SEQ.**

Sincerely,

*Vicki Piontek*
Vicki Piontek, Esquire