IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re, | Bankruptcy No: 22-02354 |
|---|---|
| MARANDA GRASLEY, | Chapter 13 |
| Debtor, | RE. Claim No. 3 |
| MARANDA GRASLEY, | |
| Movant, | |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC, | |
| Respondent | |

## NOTICE

Notice is hereby given that: Maranda Grasley (Movant) filed a MOTION IN LIMINE TO EXCLUDE CLAIMANT'S DOCUMENTS on November 25, 2023.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court<br>Max Rosen U.S. Courthouse<br>197 South Main Street<br>Room 247<br>Wilkes-Barre, PA 18701 | Date: **Tuesday, December 19, 2023**<br><br>Time: **10:00 AM** |
|---|---|

Any Objection/response to the above referenced matter must be filed and served on or before ***Saturday, December 9, 2023.***

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Respectfully submitted,

*/s/ Vicki Piontek*          *11-25-2023*

*Vicki Piontek, Esquire          Date*
*Attorney for Plaintiff*
*58 East Front Street*
*Danville, PA  17821*
*vicki.piontek@gmail.com*
*215-290-6444          Fax: 866-408-6735*