UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE:  Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Proof of Claim 3 |
| v. | : | |
| Midland Credit Management, Inc. | : | |
| Respondent / Claimant | : | |

## ORDER

AND NOW, this _____ day of _____, 20_____, upon consideration of Debtor's MOTION IN LIMINE TO EXCLUDE CLAIMANT'S DOCUMENTS, the same shall be GRANTED.

The following documents shall not be allowed as substantive evidence in any hearing on the merits of this case.

a. "PORTFOLIO AFFIDAVIT OF SALE BY ORIGINAL CREDITOR"

b. "BILL OF SALE"

c. "DECLARATION OF MATTHEW DOUGLAS GOTHARD"