IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> MARANDA GRASLEY, <br><br>    Debtor, <br><br> MARANDA GRASLEY, <br><br>                                    Movant, <br><br>         v. <br><br> MIDLAND CREDIT MANAGEMENT, INC, <br><br>                                  Respondent | Bankruptcy No: 22-02354 <br><br> Chapter 13 <br> RE. Claim No. 4 |

## NOTICE

Notice is hereby given that: Maranda Grasley (Movant) filed a MOTION IN LIMINE TO EXCLUDE CLAIMANT'S DOCUMENTS on November 25, 2023.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosen U.S. Courthouse <br> 197 South Main Street <br> Room 247 <br> Wilkes-Barre, PA 18701 | Date: **Tuesday, December 19, 2023** <br><br> Time: **10:00 AM** |

Any Objection/response to the above referenced matter must be filed and served on or before ***Saturday, December 9, 2023.***

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Respectfully submitted,

*/s/ Vicki Piontek*      *11-25-2023*

*Vicki Piontek, Esquire*    *Date*
*Attorney for Plaintiff*
*58 East Front Street*
*Danville, PA 17821*
*vicki.piontek@gmail.com*
*215-290-6444*    *Fax: 866-408-6735*