UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In RE: Maranda Grasley | : | Chapter 13 |
| Debtor | : | |
| | : | 22-02354 |
| Maranda Grasley, | : | |
| Objector | : | Re. Claim No. 3 |
| v. | : | |
| Midland Credit Management, Inc., | : | |
| Respondent | : | |

**PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM WITH PREJUDICE**

Kindly withdraw the objection to proof of claim in the above captioned matter with prejudice.

Thank you.

Respectfully Submitted,

/s/ Vicki Piontek         12/8/2023
_____    _____
Vicki Piontek, Esquire     Date
Attorney for Debtor
58 East Front Street, Danville, PA 17821
vicki.piontek@gmail.com
215-290-6444      Fax: 866-408-6735