# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Maranda Grasley<br>    Debtor | Chapter 13<br>Case No. 5:22-bk-02354-MJC |
| Maranda Grasley,<br>    Objector<br>v.<br>Midland Credit Management, Inc.<br>    Respondent/Claimant | Re. Proof of Claim 5 |

## ORDER DENYING MOTION IN LIMINE

Upon consideration of Debtor's AMENDED MOTION IN LIMINE TO EXCLUDE CLAIMANT'S DOCUMENTS, Dkt. # 134 ("Amended Motion"), the Respondent's Objection filed in response thereto, Dkt. # 145, after a hearing held on December 19, 2023, and for the reasons stated on the record, it is hereby

**ORDERED** that the Amended Motion is **DENIED** without prejudice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 20, 2023