UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARANDA NICHOLE GRASLEY

    Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 5-22-02354-MJC
    Movant

vs.

MARANDA NICHOLE GRASLEY

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 23, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on May 1, 2023.

2. A hearing was held and an Order was entered on January 4, 2024 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/ Agatha R. McHale, Esquire
    Id: 47613
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: 717-566-6097
    email: amchale@pamd13trustee.com

Case 5:22-bk-02354-MJC   Doc 168   Filed 01/23/24   Entered 01/23/24 08:46:36   Desc
Page 1 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARANDA NICHOLE GRASLEY

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

MARANDA NICHOLE GRASLEY

    Respondent(s)

CHAPTER 13

CASE NO: 5-22-02354-MJC

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA 18701

Date: February 15, 2024

Time: 10:00 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: January 23, 2024

/s/ Agatha R. McHale, Esquire  
Id: 47613  
Attorney for Trustee  
Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Dr.  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARANDA NICHOLE GRASLEY

               Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
               Movant

vs.

MARANDA NICHOLE GRASLEY

               Respondent(s)

CHAPTER 13

CASE NO: 5-22-02354-MJC

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 23, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
VICKI PIONTEK
UPRIGHT LAW, LLC
58 EAST FRONT STREET
DANVILLE, PA 17821

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
MARANDA NICHOLE GRASLEY
1606 FAIRVIEW AVE
BERWICK, PA 18603

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 23, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARANDA NICHOLE GRASLEY

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CHAPTER 13

MARANDA NICHOLE GRASLEY

CASE NO: 5-22-02354-MJC

Respondent(s)

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.