UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Maranda Grasley : Chapter 13
       Debtor :
: 22-02354

## ANSWER TO MOTION TO DISMISS

Debtor and her attorney are working on a feasible amended plan.

Debtor has been paying on the plan and has paid $600 so far.

Wherefore, Debtor requests that her case not be dismissed without a hearing first.

    /s/ Vicki Piontek          1-23-2024
_____   _____
Vicki Piontek, Esquire            Date
Attorney for Debtor
58 East Front Street
Danville, PA 17821
215-290-6444 Fax: 866-408-6735
vicki.piontek@gmail.com