

pennsylvania PA

# PA Financial Institutions Search

This search tool allows you to find Credit Unions, Trust Companies, Non-Depository licensees, such as Motor Vehicle Finance Companies and Consumer Discount Companies, or Non-Depository registrants, such as Credit Service Loan Brokers and Non-Profit/Partially Exempt institutions.

Any search for **Mortgage, Debt Management Services, Debt Settlement Services, Check Cashers, Pawnbrokers and Money Transmitter Licensees** must be conducted on the Nationwide Multistate Licensing System.

You may enter additional information such as a county, city or a company name to narrow your search. You can also search for a specific institution or a license type by selecting them from the menus below. Hold down "Ctrl" to select more than one option from a menu (or no selection will return all institutions).

If you have questions about financial institutions or transactions or wish to file a complaint, you can call (toll-free) **1-800-PA-BANKS (1-800-722-2657)**.

---

**Select a County**

*

**Select a license type**

Consumer Discount Companies
Credit Services Loan Brokers
Debt Management
Debt Settlement
Motor Vehicle Finance Companies
Non-Profit/Partially Exempt

**Select an institution type**

Credit Unions
Trust Companies

**Enter full or partial name**

Chevrolet Cadillac of Bloomsburg

**Enter a City**

Search

Privacy Policy

Copyright © 2023 Commonwealth of Pennsylvania

**Searching for an Institution or Licensee**

Search Again | Home

Your search returned 0 results.

Privacy Policy

Copyright © 2023 Commonwealth of Pennsylvania