UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

In re:

MARANDA N GRASLEY  Case No. 22-02354

Chapter: 13

Debtor(s).

NOTICE OF WITHDRAWAL OF CLAIM

Claim No. 2-2 was filed on 07/18/2024, by Wells Fargo Bank, d/b/a Wells Fargo Auto. Wells Fargo Auto notifies the Court this claim is withdrawn.

9/5/2024

/s/Anthony Vasquez
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 9/5/2024, I served a true and correct copy of the above notice of claim withdrawal on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

9/5/2024            /s/Anthony Vasquez
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-09 (12/15/22)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N.A. All rights reserved.