United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-02354-MJC
Maranda Nichole Grasley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 06, 2024     Form ID: nttext     Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Anthony Vasquez, Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5539104 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 06 2024 18:50:31 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Wells Fargo Bank N.A. DBA Wells Fargo Auto amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis J. Lawall | on behalf of Interested Party American Infosource LP francis.lawall@troutman.com, matourj@pepperlaw.com,schannej@pepperlaw.com;cocciae@pepperlaw.com |

| | |
|---|---|
| Francis J. Lawall | on behalf of Interested Party Capital One NA francis.lawall@troutman.com, matourj@pepperlaw.com,schannej@pepperlaw.com;cocciae@pepperlaw.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vicki Ann Piontek | on behalf of Attorney Vicki Ann Piontek vicki.piontek@gmail.com piazzakt@gmail.com |
| Vicki Ann Piontek | on behalf of Debtor 1 Maranda Nichole Grasley vicki.piontek@gmail.com piazzakt@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Maranda Nichole Grasley — Chapter 13

**Debtor 1** — Case number 5:22−bk−02354−MJC

## Notice

The Withdrawal of Claim #2 does not comply with L.B.R. 3006−1/Fed. R. Bankr. P. 3006. The Court will not take any action on this withdrawal unless an Amended Withdrawal of Claim is filed by September 13, 2024. (RE: related document(s)185). (Wojtowicz, Courtney)

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 6, 2024 |

Notice Text Entries (Form nttext) (3/20)