UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

IN RE:    MARANDA N GRASLEY                CASE NO:   22-02354

                                                              CHAPTER:   13

Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 2 filed on 05/04/2023, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

9/13/2024                                           /s/Anthony Vasquez
                                                      Bankruptcy Processor
                                                      Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:22-bk-02354-MJC    Doc 188    Filed 09/13/24    Entered 09/13/24 08:15:45    Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

IN RE: MARANDA N GRASLEY      CASE NO: 22-02354

CHAPTER: 13

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on 9/13/2024, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

9/13/2024                          /s/Anthony Vasquez
                                                 Bankruptcy Processor
                                                 Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:22-bk-02354-MJC    Doc 188    Filed 09/13/24    Entered 09/13/24 08:15:45    Desc
Main Document     Page 2 of 2